398.) Here the complaining witness' version of what occurred was corroborated by her torn coat which was admitted into evidence and her mother testified that the coat was not torn when the complaining witness left home shortly before the abduction.

■■ We conclude that the evidence sustains the trial court's finding that Hamil was guilty of kidnaping. And, since we have already held that the evidence sustains the finding of attempt rape, it follows that the evidence also sustains the finding of guilty of aggravated kidnaping.

We therefore affirm the judgment.

Judgement affirmed.

EGAN, P. J., and GOLDBERG, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, v. Angel Rivera, Defendant-Appellant.

(No. 59210; ▮▮▮▮▮▮)

First District (2nd Division)—May 28, 1974.

Opinion by Mr. JUSTICE STAMOS.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES DICKEY, Defendant-Appellant.

(No. 58818;

First District (2nd Division)—May 28, 1974.